THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IRENE RODRIGUEZ,

        **Plaintiff,**

v.                                    Case No.: 2:16-cv-670-FtM-99CM

GARY AUSTIN, individually, and the
UNITED STATES OF AMERICA,

        **Defendants.**

_____

## NOTICE OF SETTLEMENT

Defendant, the United States of America, by and through the undersigned counsel, and with the agreement of counsel for Plaintiff, hereby files this Notice of Settlement pursuant to Local Rule 3.08(a) and prays the Court administratively close this file with respect to the United States subject to the provisions of Local Rule 3.08(b).

        Respectfully Submitted,

        A. LEE BENTLEY III
        United States Attorney

By: /s/ Kyle S. Cohen
        KYLE SCOTT COHEN
        Assistant United States Attorney
        Florida Bar: 0829951
        2110 First Street, Suite 3-137
        Fort Myers, Florida 33901
        Telephone: (239) 461-2200
        Facsimile: (239) 461-2219
        Email: Kyle.Cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2016, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's CM/ECF filing system, which will send an electronic notice of filing to all parties of record including:

Sarah Fischer
The Pendas Law Firm
4244 Evans Avenue, Suite A
Fort Myers, FL 33901
Attorney for Plaintiff

/s/ Kyle S. Cohen
KYLE S. COHEN
Assistant United States Attorney