**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

Case No. 2:16-cv-00670-UA-CM

IRENE RODRIGUEZ,

        Plaintiff,

v.

GARY AUSTIN, individually, and the
UNITED STATES OF AMERICA,

        Defendants.

**<u>NOTICE OF SETTLEMENT</u>**

Pursuant to Local Rule 3.08 of the United States District Court for the Middle District of Florida, Defendant, GARY AUSTIN, individually, by and through undersigned counsel, and with the agreement of counsel for Plaintiff, IRENE RODRIGUEZ, hereby files this Notice of Settlement and requests the Court administratively close this file with respect to Defendant, GARY AUSTIN.

        Respectfully submitted,

        GRAYROBINSON, P.A.
        225 NE Mizner Boulevard
        Suite 500
        Boca Raton, FL  33432
        Telephone: 561-368-3808
        Facsimile:   561-368-4008

        */s/ Mark D. Schellhase*
        Mark D. Schellhase, Esq.
        Florida Bar No.:  57103
        mark.schellhase@gray-robinson.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of

Appearance on behalf of Defendant, Gary Austin, was electronically filed with the Clerk of the

Court using this Court's CM/ECF system this 29th day of December, 2016.

By: */s/ Mark D. Schellhase*
Mark D. Schellhase

## <u>SERVICE LIST</u>

**Sarah Fischer, Esq.**
FBN: 99753
sfischer@pendaslaw.com
THE PENDAS LAW FIRM
4244 Evans Avenue, Suite A
Fort Myers, Florida 33901
Telephone:  (239) 334-1010
Facsimile:  (239) 689-1548
*Via CM/ECF*
*Counsel for Plaintiff, Irene Rodriguez*

**Laurence Trias, Esq.**
FBN: 42683
ltrias@pendaslaw.com
THE PENDAS LAW FIRM
4244 Evans Avenue, Suite A
Fort Myers, Florida 33901
Telephone:  (239) 334-1010
Facsimile:  (239) 689-1548
*Via CM/ECF*
*Counsel for Plaintiff, Irene Rodriguez*

**A. Lee Bentley III**
United States Attorney
c/o Kyle S. Cohen,
Assistant United States Attorney
FBN: 0829951
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Kyle.Cohen@usdoj.gov